UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIJE SMITH**, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-00580 (TNM) |
| **EUGENE WRIGHT,** *et al.*, | |
| Defendants. | |

**ORDER**

The Plaintiff filed her Complaint on March 1, 2019.  Compl., ECF No. 1.  As of today, the Plaintiff has failed to demonstrate proper service upon Defendant Eugene Wright.  "If a defendant is not served within 90 days[,] . . . the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The Court has warned the Plaintiff about this responsibility.  It instructed the Plaintiff to perfect service by June 1, 2019 and made her aware of Rule 4(m).  *See* Minute Order of May 20, 2019.  Nonetheless, the Plaintiff neither demonstrated service to Defendant Wright nor sought additional time to do so.  The Court thus will dismiss the Complaint as to Eugene Wright.

For all these reasons, it is hereby

**ORDERED** that Eugene Wright is DISMISSED from this case under Federal Rule of Civil Procedure 4(m).

**SO ORDERED**.

Dated: July 23, 2019

TREVOR N. McFADDEN
United States District Judge