UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIJE SMITH,**<br><br>  Plaintiff,<br><br>  v.<br><br>**EUGENE WRIGHT,** *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-00580 (TNM) |

**SHOW CAUSE ORDER**

On March 1, 2019, Plaintiff filed her Complaint, followed on June 4, 2019, by her First Amended Complaint. *See* ECF Nos. 1, 15. According to Plaintiff, "This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. § 1332 … [and] may invoke supplemental jurisdiction pursuant to 28 U.S.C.A. § 1367." Am. Compl. at ¶ 5-6. On June 18, 2019, Defendants District of Columbia Public Schools and District of Columbia Government filed a Motion to Dismiss Plaintiff's Amended Complaint. *See* ECF No. 17. Plaintiff filed her Opposition on July 2, 2019, *see* ECF No. 18, and Defendants filed their Reply on July 9, 2019. *See* ECF No. 19.

In their Reply, Defendants argued for the first time that this Court lacks diversity jurisdiction over Defendants District of Columbia Public Schools and District of Columbia Government. Def. Reply Br. at *4, *citing Long v. District of Columbia*, 820 F.2d 409 (D.C. Cir. 1987); *see also* 28 U.S.C. § 1332. *Long* states that "the District [of Columbia], like the fifty states, is not subject to diversity jurisdiction." *Long*, 820 F.2d at 414. *Long* also suggests that parties not subject to diversity jurisdiction may also be immune from federal courts' supplemental jurisdiction. *Id*., at 414-15. Thus, the matter currently before this Court may indeed fall outside the Court's subject-matter jurisdiction.

While the Court does not normally consider arguments first raised in reply briefs, this Court's subject-matter jurisdiction "can never be forfeited or waived," and it therefore must be addressed whenever raised.  *United States v. Cotton*, 535 U.S. 625, 630 (2002).

On July 23, 2019, this Court dismissed Defendant Eugene Wright from this case under Federal Rule of Civil Procedure 4(m).  *See* ECF No. 21.  In light of this dismissal and the potential that this Court may lack jurisdiction over the remaining Defendants, the Plaintiff must show cause why this Court has jurisdiction over this matter.

For the foregoing reasons, it is

**ORDERED** that the Plaintiff shall show cause why this case should not be dismissed against Defendants District of Columbia Public Schools and District of Columbia Government for lack of jurisdiction on or before **August 7, 2019**.  Plaintiff shall either seek leave to file another amended complaint or file a brief explaining why this Court retains jurisdiction over the case.  Should the Plaintiff fail to respond to this Order to Show Cause, the Court may dismiss the Complaint.

**SO ORDERED**.

Dated: July 24, 2019

TREVOR N. McFADDEN
United States District Judge